UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

JOSEPH LANOUE,

        Plaintiff,                      Case No. 1:22-cv-1111

v.                                         Honorable Ray Kent

UNKNOWN SIMONS et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claim is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claim regarding violation of MDOC policy is **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over such claim.

Dated:  February 27, 2023                      /s/ Ray Kent
                                                            Ray Kent
                                                            United States Magistrate Judge